IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**
**vs.**                                    **CASE NO. 17-cr-10004-STA**
**EDRICK FASON**
    **Defendant.**

**ORDER GRANTING MOTION TO CONTINUE HEARING AND NOTICE OF SETTING**

This matter came to be heard on Motion of Counsel for Defendant.

Counsel's Motion is GRANTED.

The Sentencing Hearing shall be continued to **January 23, 2018 at 9:00 AM**.

It is so ORDERED this 5th day of December 2017.

                                             s/S. Thomas Anderson
                                             S. Thomas Anderson, Chief U.S. District Judge